# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | Criminal Case No. 22-cr-00199-LKG |
| ANTHONY ANTWON MCNAIR, JR., ) | Dated: July 23, 2024 |
| Defendant. ) | |

## PRE-TRIAL SCHEDULING ORDER

On July 23, 2024, the parties participated in an initial scheduling conference in the above-captioned criminal matter.  ECF No. 55.  The Court, with the assistance of the parties, enters the following schedule for pre-trial proceedings and trial[1]:

| | |
|---|---|
| Pretrial motions. | **October 15, 2024** |
| Response to any pretrial motions. | **November 20, 2024** |
| Reply briefs. | **December 6, 2024** |
| Hearing on pretrial motions. | **February 18, 2025, at 9:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Final pretrial status conference. | **July 11, 2025, at 2:00 p.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |

---

[1] The Court, in consultation with the parties, will establish a schedule for the filing of any motions *in limine*, proposed *voir dire* questions, proposed jury instructions and a proposed jury verdict form, following the resolution of the Defendant's pretrial motions.

| | |
|---|---|
| Jury selection. | **July 14, 2025, at 9:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Jury trial. | **July 15, 2025, at 9:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |

The Court will not modify the pre-trial schedule absent good cause shown. And so, if any party wishes to modify the pre-trial schedule, that party shall **FILE** a motion with the Court explaining the basis for any requested modification.

In addition, the Court strongly encourages the Government to produce any *Jencks* material no later than two weeks before trial is scheduled to commence.

The government is **DIRECTED** to monitor the speedy trial date and to **FILE** any motions to exclude time from speedy trial computations, as necessary.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge